# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 7667088 | N. Lewis | 1590 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 06/20/2020  1415 | 36 CFR 2.34(a)(4) |

**Place of Offense:** Joshua Tree National Park, Ryan Mt TH

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Create hazardous or offensive condition

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Francese | Julia | M |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7UER120 | CA | '17 | Hyundai 4dr | | Sil |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date (mm/dd/yyyy): _____
Time (hr:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: **Issued in Person**

(Rev. 03/2015)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 20, 2020** while exercising my duties as a law enforcement officer in the **Central** District of **California**

_____
_____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/20/2020**  _____ (Officer's Signature)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident